UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HASSAN SHARARA,

       Plaintiff,                        Case No. 09-13973
                                            Honorable David M. Lawson

v.

U.S. BANK, N.A.,

       Defendant.
_____/

## ORDER GRANTING MOTION TO DISMISS

On October 15, 2009, the defendant filed a motion to dismiss the plaintiff's complaint. The Court has reviewed the parties' submissions and heard oral argument in open court on March 15, 2010. At the conclusion of oral argument, the Court announced its decision from the bench and granted the defendants' motion to dismiss.

Accordingly, it is **ORDERED** that the defendants' motion to dismiss [dkt #3] is **GRANTED** for the reasons stated on the record.

It is further **ORDERED** that the plaintiff's complaint is **DISMISSED**.

                                                s/David M. Lawson
                                               DAVID M. LAWSON
                                               United States District Judge

Dated: March 16, 2010

---

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on March 16, 2010.

                                    s/Teresa Scott-Feijoo
                                      TERESA SCOTT-FEIJOO